UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Felix Alberto Huezo-Hernandez, | Case No. 25-CV-02312 (JMB/DJF) |
| Petitioner, | |
| v. | ORDER |
| United States of America, | |
| Respondent. | |

Felix Alberto Huezo-Hernandez, Rochester, MN, self represented.

Ana H. Voss, United States Attorney's Office, Minneapolis, MN, for Respondent United States of America.

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Dulce J. Foster dated July 16, 2025. (Doc. No. 6.) The R&R recommends that Huezo-Hernandez's petition for a writ of habeas corpus be denied for failure to exhaust his administrative remedies prior to filing his petition. (*See id.*) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 6) is ADOPTED.

2.     The Petition is DENIED.

3.     The Court dismisses this action without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 18, 2025                                /s/ *Jeffrey M. Bryan*
                                                                                      Judge Jeffrey M. Bryan
                                                                                       United States District Court